# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2874 Disciplinary Docket No. 3 |
| | : | |
| ARCHIE LEON RICH, A/K/A ARCHIE L. RICH, II | : | No. 45 DB 2022 |
| | : | |
| | : | (District of Columbia Court of Appeals, |
| | : | No. 21-BG-854) |
| | : | |
| | : | Attorney Registration No. 75051 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of June, 2022, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Archie Leon Rich a/k/a Archie L. Rich, II, is disbarred from the practice of law, with the disbarment stayed in lieu of supervised probation for a period of three years with conditions, consistent with the Order of the District of Columbia decided January 27, 2022.